In the Matter of the Estate of JAMES E. ALBRIGHT, Deceased. WILLIAM W. ALBRIGHT, as Executor of JAMES E. ALBRIGHT, Deceased, Respondent; EDITH E. FALVEY [ALBRIGHT], Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Surrogate's Court, Kings County, insofar as it directed a separate trial of the issue respecting the validity and effect of the settlement agreement, properly made? Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See 283 App. Div. 1082.]

MARILYN JACKENTHAL, Respondent, v. STANLEY JACKENTHAL, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

PHILIP A. LIMPERT, Respondent, v. JOSEPH RUSSELL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. [See 283 App. Div. 1114.]

HARRY LUPOLA, Respondent, v. GOTHAM CREDIT CORP., Appellant. GOTHAM CREDIT CORP., Appellant, v. HARRY LUPOLA, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

ANTONIO MARRONE et al., Respondents, v. JOHN A. JOHNSON & SONS, INC., et al., Defendants. JOHN A. JOHNSON & SONS, INC., Third-Party Plaintiff, v. THOMAS MARTIN MASON CORPORATION, Third-Party Defendant-Appellant. CARL A. VOLLMER et al., Third-Party Plaintiffs, v. THOMAS MARTIN MASON CORPORATION, Third-Party Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term, entered April 4, 1954, properly made? Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. [See 283 App. Div. 1114.]

JOSEPH SCALAFANI, Respondent, v. EDWARD SPIEGEL et al., Doing Business as WOOD WORKERS TRAINING SCHOOL OF NEW YORK, Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

CELIA SLUPSKY, Appellant, v. MARTIN C. EPSTEIN, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

CAROLINE TRIMBLE et al., Respondents, v. SPRINGFIELD ROLLER RINK, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.